**IN THE UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| Vertrica Navigation Co. </br></br> Plaintiff </br></br> vs. </br></br> Shebah Exploration & Production Company, Ltd, and Salvic Petroleum Resources Ltd. </br>    Defendant(s) | CIVIL ACTION NO: 21-mc-255 |

## Response to Writ of Garnishment of Property Other Than Wages

Garnishees Ambrosie Bryant Chukwueloka Orjiako by and through counsel, Damani K. Ingram, Esq. and The Ingram Firm, LLC files this Answer to Writ of Garnishment issued by Vetrica Navigation Co. against Judgment/Debtor Shebah Exploration & Production Company Ltd.("Shebah") and states as follows:

1. This action stems from a January 6, 2020, judgment and Order from the High Court of Justice, Queens Bench Division, London against Shebah.
2. Garnishee denies that he is indebted to the Judgment Debtor Shebah.
3. Garnishee is an individual and has no property belonging to Shebah.
4. Garnishee denies that any of his personal assets or real estate assets belong to Shebah or are in anyway subject to Garnishment.

Respectfully submitted,

**THE INGRAM FIRM, LLC**

_____
Damani K. Ingram, Esq.
Bar No:26320
5457 Twin Knolls Road
Suite 301
Columbia, MD 21045
Phone:(410) 992-6603
Fax:(410) 992-6671
e-mail: dkingram@ingfirm.com
Attorney for Garnishee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2021 copies of the foregoing Response to Writ of Garnishment, was served via electronically/ECF to via electronically/ECF to J. Stephen Simms, Esq., Simms Showers, LLP, 20 International Circle, Suite 250, Baltimore, MD 21030 , jsimms@simmsshowers.com.

_____
Damani K. Ingram, Esq.