

DAMANI K. INGRAM*
ANIKA T. INGRAM
*ALSO ADMITTED IN DC

5457 TWIN KNOLLS RD
SUITE 301
COLUMBIA, MD 21045
TEL: (410) 992-6603
FAX: (410) 992-6671

9701 APOLLO DR
SUITE 100
LARGO, MD 20774

WWW.INGFIRM.COM

January 18, 2023

Matthew J. Maddox
United States Magistrate Judge
101 West Lombard Street
Chambers 3B
e-mail:mdd_mjmchambers@mdd.uscourts.gov

Re: Vertrica Navigation Co. v. Shebah Exploration & Production Company Ltd., et. Al
Case No 1:21-mc-255-CCB

Dear Judge Maddox:

In response to your letter Order dated January 10, 2023, and subsequent order on January 17, 2023 I have conferred with my clients. Subject to any valid and substantive objections, the garnishees will supply responsive documentation in their possession to Plaintiff's Request For Production of Documents within the next 30-45 days. Should there any challenges to producing relevant documentation within that time, Garnishees will confer with Plaintiff.

Respectfully submitted,

Damani K. Ingram, Esq.


APPROVED.  2/6/23
Matthew J. Maddox
United States Magistrate Judge